# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Ronald S. Safer

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Ronald S. Safer was duly admitted to practice in said Court on (02/04/1985) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/03/2026 )

Thomas G. Bruton , Clerk,

By:  Angel Martinez
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ANGEL MARTINEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
February 3, 2026